UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ALEX AYALA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:22-cv-00306 |
| | ) | |
| LEAR CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Lear Corporation ("Defendant")

removes this action to the United States District Court for the Northern District of Indiana, Fort

Wayne Division. In support of Removal, Defendant states:

1.      On August 11, 2022, Plaintiff, Alex Ayala, filed a complaint in Whitley Circuit

Court entitled *Alex Ayala v. Lear Corporation,* Case Number 92C01-2208-CT-000621 (the "State

Court Action").  The State Court Action is currently pending in Whitley County Circuit Court.

2.      On August 17, 2022, the Summons and Complaint were served on Defendant Lear

Lear Corporation's corporate office in Columbia City, Indiana by certified mail.  A true and correct

copy of the Lear Corporation summons' and complaint filed in the State Court Action is attached

as **Exhibit A.**  All other pleadings filed in the State Court Action that have been served on Lear

Corporation are attached as **Exhibit B**.

3.      Defendant is timely filing this Notice of Removal within thirty (30) days after

service of process, as required by 28 U.S.C. § 1446(b).

5.      The events in the State Court Action are alleged to have occurred in Whitley County, Indiana.  Pursuant to 28 U.S.C. § 1441(a), the Northern District of Indiana, Fort Wayne Division, is the appropriate forum for removal of the State Court Action.

6.      The Complaint consists of a claims of race discrimination under Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. § 1981.  This Court has original jurisdiction over Title VII and Section 1981 claims pursuant to 28 U.S.C. § 1331.

7.      Written notice of the filing of this Notice of Removal has been served contemporaneously upon counsel for Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Whitley Circuit Court as required by 28 U.S.C. §1441(d).

WHEREFORE, Defendant Lear Corporation respectfully requests that this Court take jurisdiction of this action in accordance with 28 U.S.C. §§ 1441, 1446 and 1331.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   *s/ Scott James Preston*
Scott James Preston, Atty. No. 25436-49
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076
*scott.preston@ogletree.com*

Attorney for Defendant, Lear Corporation

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 9, 2022, a copy of the foregoing was filed electronically and a copy this filing will be sent to the following parties via U.S. First Class Mail, postage prepaid on the following:

Christopher C. Myers
MYERS SMITH WALLACE, LLP
809 S. Calhoun Street, Suite 400
Fort Wayne, IN  46802

*s/ Scott James Preston*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*scott.preston@ogletree.com*

52906614.v1-OGLETREE